BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPAL SINGH, | No. 1:11-cv-939 OWW GSA |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| Alejandro Mayorkas, United States Citizenship and Immigration Services, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiff has challenged the delay in adjudication of I-730 and I-130 visa petitions by United States Citizenship and Immigration Services. The parties respectfully advise that as of the time of this filing, they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to an extension of time for the filing of the government's answer, until October 7, 2011.

-1-

| | | |
|---|---|---|
| 1 | Dated: July 27, 2011 | |
| 2 | | BENJAMIN B. WAGNER<br>United States Attorney |
| 3 | | |
| 4 | By: | /s/Audrey Hemesath<br>Audrey B. Hemesath<br>Assistant U.S. Attorney |
| 5 | | Attorneys for the Defendants |

By:  /s/ Jonathan M. Kaufman
     Jonathan M. Kaufman
     Attorney for the Plaintiffs

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Defendant's Answer is due on October 7, 2011.

IT IS SO ORDERED.

Dated: **July 27, 2011**          /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE