BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARPAL SINGH,                           ) | No. 1:11-cv-939 GSA |
|    Plaintiffs,                          ) | JOINT STIPULATION AND ORDER |
|    v.                                   ) | RE: EXTENSION OF TIME |
| Alejandro Mayorkas, United States       ) | |
| Citizenship and Immigration Services, et al. ) | |
|    Defendants.                          ) | |

    This is an immigration case in which plaintiff has challenged the delay in adjudication of I-730 and I-130 visa petitions by United States Citizenship and Immigration Services. The parties have agreed to one previous extension of time, until October 7, 2011. The administrative proceedings in this matter remain ongoing. The parties accordingly stipulate to an additional extension of time, until January 9, 2012, in anticipation of an administrative resolution to the matter.

Dated: October 4, 2011

                                        BENJAMIN B. WAGNER
                                        United States Attorney

By:    /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:    /s/ Jonathan M. Kaufman
        Jonathan M. Kaufman
        Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on January 9, 2012.

IT IS SO ORDERED.

Dated:  **October 5, 2011**                  /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE