1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPAL SINGH, | No. 1:11-cv-939 GSA |
| Plaintiffs, | ORDER RE: STIPULATION FOR AN EXTENSION OF TIME AND STAY OF PROCEEDINGS |
| v. | |
| Alejandro Mayorkas, United States Citizenship and Immigration Services, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiff has challenged the delay in adjudication of I-730 and I-130 visa petitions by United States Citizenship and Immigration Services. The parties have agreed to two previous extensions of time, until January 9, 2012. The administrative proceedings in this matter remain ongoing. Specifically, the I-130 visa petition has been returned from the Department of State to United States Citizenship and Immigration Services. Once Citizenship and Immigration Services is in receipt of the returned petition, further administrative proceedings, including any applicable administrative appeal rights, are expected to take several more months.

    The parties accordingly stipulate that the matter be held in abeyance pending resolution of the matter at the administrative level. The parties propose the filing of a status report by May 31, 2012.

-1-

| | | |
|---|---|---|
| Dated: January 5, 2012 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/Audrey Hemesath<br>Audrey B. Hemesath<br>Assistant U.S. Attorney<br>Attorneys for the Defendants |
| | By: | /s/ Jonathan M. Kaufman<br>Jonathan M. Kaufman<br>Attorney for the Plaintiffs |

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is stayed pending the resolution of the administrative proceedings by the United States Citizenship and Immigration Services. The February 13, 2012 scheduling conference, is VACATED. A joint status report shalll be filed by May 31, 2012. The parties shall notify the Court immediately if this case gets resolved prior to the May 31, 2012 filing deadline.

IT IS SO ORDERED.

Dated:   **January 10, 2012**                    **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE