1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
8

9  HARPAL SINGH,                    )    No. 1:11-cv-939 GSA
                                    )
10         Plaintiffs,              )    ORDER RE: STIPULATION FOR AN
                                    )    EXTENSION OF TIME AND STAY OF
11  v.                              )    PROCEEDINGS
                                    )
12  Alejandro Mayorkas, United States )
    Citizenship and Immigration Services, et al. )
13                                  )
            Defendants.             )
14  _____)

15

16      This is an immigration case in which plaintiff has challenged the delay in adjudication of I-

17  730 and I-130 visa petitions by United States Citizenship and Immigration Services.  The parties

18  have agreed to two previous extensions of time, until January 9, 2012.  The administrative

19  proceedings in this matter remain ongoing.  Specifically, the I-130 visa petition has been returned

20  from the Department of State to United States Citizenship and Immigration Services.  Once

21  Citizenship and Immigration Services is in receipt of the returned petition, further administrative

22  proceedings, including any applicable administrative appeal rights, are expected to take several

    more months.

23      The parties accordingly stipulate that the matter be held in abeyance pending resolution of the

24  matter at the administrative level.  The parties propose the filing of a status report by May 31,

25  2012.

26

27

28

                                    -1-

Dated: January 5, 2012

BENJAMIN B. WAGNER
United States Attorney

By:     /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:     /s/ Jonathan M. Kaufman
        Jonathan M. Kaufman
        Attorney for the Plaintiffs

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the matter is stayed pending the resolution of the administrative proceedings by

the United States Citizenship and Immigration Services.  The February 13, 2012 scheduling

conference, is VACATED. A joint status report shalll be filed by May 31, 2012.  The parties

shall notify the Court immediately if this case gets resolved prior to the May 31, 2012 filing

deadline.

IT IS SO ORDERED.

Dated:   **January 10, 2012**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

-2-