BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARPAL SINGH,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>    Defendants. | No. 1:11-cv-939 GSA<br><br>ORDER RE: JOINT STATUS REPORT AND STAY |

    This is an immigration case currently being held in abeyance. Plaintiff challenges the delay in adjudication of her I-730 and I-130 visa petitions by United States Citizenship and Immigration Services. The parties now file this status report in accordance with the Court's order of January 11, 2012. The parties advise that the matter remains active at the administrative level. USCIS recently approved the I-130 petition; the approval is then sent on to the Department of State for further proceedings. It is anticipated that further proceedings with the Department of State will take an additional 4 months. Accordingly, the parties stipulate that the case continue to be held in abeyance; the parties will file another status report by October 1, 2012 if the case has not been resolved by that date.

Dated: May 25, 2012

                        BENJAMIN B. WAGNER
                        United States Attorney

By:   /s/Audrey Hemesath
       Audrey B. Hemesath
       Assistant U.S. Attorney
       Attorneys for the Defendants

By:   /s/ Jonathan M. Kaufman
       Jonathan M. Kaufman
       Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter continue to be held in abeyance. The parties are to file a status report by October 1, 2012.


IT IS SO ORDERED.

**Dated:   June 1, 2012**                    /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE