BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPAL SINGH, | No. 1:11-cv-939 GSA |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: EXTENSION OF STAY |
| v. | |
| Alejandro Mayorkas, United States Citizenship and Immigration Services, et al. | |
| Defendants. | |

This is an immigration case currently in abeyance as the parties work toward an administrative resolution to the matter. The parties now file this joint status report and request an additional period of abeyance, until November 30, 2012. The United States consulate is in recent receipt of petitioner's medical examination and passport, and anticipates adjudication of the daughter's immigrant visa application in the very near future.

Dated: September 27, 2012

BENJAMIN B. WAGNER
United States Attorney

By:   /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

By:   /s/ Jonathan M. Kaufman
      Jonathan M. Kaufman
      Attorney for the Plaintiffs

-1-

**ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter continues to be held in abeyance. A joint status report will be filed by November 30, 2012.

IT IS SO ORDERED.

Dated:   September 27, 2012            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE