BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARPAL SINGH,<br><br>    Plaintiffs,<br><br>    v.<br><br>Alejandro Mayorkas, United States Citizenship and Immigration Services, et al.<br><br>    Defendants. | No. 1:11-cv-939 GSA<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF STAY |

    This is an immigration case currently in abeyance as the parties work toward an administrative resolution to the matter. The parties now file this joint status report and request an additional period of abeyance, until November 30, 2012. The United States consulate is in recent receipt of petitioner's medical examination and passport, and anticipates adjudication of the daughter's immigrant visa application in the very near future.

Dated: September 27, 2012

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                    By:    /s/Audrey Hemesath
                           Audrey B. Hemesath
                           Assistant U.S. Attorney
                           Attorneys for the Defendants

                    By:    /s/ Jonathan M. Kaufman
                           Jonathan M. Kaufman
                           Attorney for the Plaintiffs

**ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter continues to be held in abeyance. A joint status report will be filed by November 30, 2012.

IT IS SO ORDERED.

Dated:   September 27, 2012              /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE