BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPAL SINGH, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro Mayorkas, United States Citizenship and Immigration Services, et al. <br><br> Defendants. | No. 1:11-cv-939 GSA <br><br> JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

This is an immigration case currently in abeyance as the parties work toward an administrative resolution to the matter. The parties now file this joint status report and request an additional period of abeyance, until December 31, 2012. The United States consulate has issued its decisions, and the parties are in the process of determining the next course of action.

Dated: November 30, 2012

              BENJAMIN B. WAGNER
              United States Attorney

       By: /s/Audrey Hemesath
          Audrey B. Hemesath
          Assistant U.S. Attorney
          Attorneys for the Defendants

       By: /s/ Jonathan M. Kaufman
          Jonathan M. Kaufman
          Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter continues to be held in abeyance. A joint status report will be filed by December 31, 2012.


IT IS SO ORDERED.

Dated:   **December 4, 2012**                         /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE