**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HARPAL SINGH, | ) | No. 1:11-cv-939 GSA |
| Plaintiffs, | ) ) ) | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| v. | ) ) | |
| Alejandro Mayorkas, United States Citizenship and Immigration Services, et al. | ) ) ) | |
| Defendants. | ) ) | |

This is an immigration case currently in abeyance as the parties work toward an administrative resolution to the matter. The parties now stipulate to dismissal of the action in its entirety, each side to bear its own costs of litigation.

Dated: December 20, 2012

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                      By:   /s/Audrey Hemesath
                               Audrey B. Hemesath
                               Assistant U.S. Attorney
                               Attorneys for the Defendants

                    By:   /s/ Jonathan M. Kaufman
                               Jonathan M. Kaufman
                               Attorney for the Plaintiffs

**ORDER**

Pursuant to this Joint Stipulation, IT IS HEREBY ORDERED the matter is DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 21, 2012**              **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE

-2-